***E-FILED - 1/28/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY COLBERT, | No. C 10-1675 RMW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| MICHAEL MARTELLO, Warden, | |
| Respondent. | (Docket No. 9) |

Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus. Before the court is respondent's motion for extension of time to file an answer. Respondent states that she was not given this habeas petition until October 25, 2010, after the paralegal determined the claims appeared to be exhausted. In addition, respondent states that her current work load is extremely lengthy and complex.

On November 14, 2010, petitioner filed an opposition to the respondent's motion for extension of time (docket no. 10.) Petitioner states that respondent did not file their answer in a timely manner and, was careless in doing so. The court finds that there would be no prejudice in granting respondent's extension of time. Respondent is GRANTED an extension of time up to and including **February 4, 2011** to file his answer. Petitioner shall file his traverse within **thirty (30) days** of the filing date of respondent's response.

Order Granting Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.10\Colbert675Eot-Answer.wpd

1   This order terminates docket no. 9.

2   DATED: 1/25/11 

3   RONALD M. WHYTE
    United States District Judge