*E-FILED on 3/28/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY COLBERT, | ) | No. C 10-1675 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN MICHAEL MARTEL, | ) | |
| | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/28/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.10\Colbert675jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY COLBERT,

        Plaintiff,

  v.

MICHAEL MARTELL et al,

        Defendant.

Case Number: CV10-01675 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Colbert F 70955  
Mule Creek State Prison  
A3-117 Low Cell  
P.O. Box 409020  
Ione, CA 95640

Dated: March 28, 2012

                                        Richard W. Wieking, Clerk  
                                        By: Jackie Lynn Garcia, Deputy Clerk